Request for Modifying the  
Conditions or Terms of Supervision  
with Consent of the Offender

40802-Prob 12B / Page3

03-CR-1366-01(LAP)




USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 3/7/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

[X]  Court approves the Modification of Conditions as noted and Transfer of Jurisdication

or

[ ]  Other

_____  
Signature of Judicial Officer

March 7, 2008  
Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 03 CR 01366-01 (LAP) | |
|---|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kirill Percy 2600 Island Blvd Apt 1801 Aventura, Florida 33160 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | DIVISION U.S. Probation | |
| | NAME OF SENTENCING JUDGE Loretta A. Preska | | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/22/2008 | | TO 02/21/2010 |

OFFENSE

Conspiracy to Commit Health Care Fraud and to Make False Statements Relating to a Health Care Benefit Program, 18 U.S.C. 371, a Class D felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 7, 2008
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                              *United States District Judge*