UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA        :      03 Cr. 1366 (LAP)

    - v. -                         :      ORDER

KIRILL PERCY,                   :

            Defendant.      :
---------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

On January 8, 2014, the Court entered an order directing the parties to submit by January 31, 2014 any objections to the unsealing of docket entry forty-five. (See Order dated Jan. 8, 2014 [dkt. no. 56].) The time has passed for objections to be submitted and neither party submitted an objection. Docket entry forty-five is hereby unsealed.

A copy of this order has been mailed to Percy at the address on file with the Clerk of Court.

SO ORDERED.

Dated:   New York, New York
        February 13, 2014

                                      LORETTA A. PRESKA
                                      Chief United States District Judge